# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-2435 MRW | Date | July 23, 2018 |
|---|---|---|---|
| Title | Jordan v. FCA | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff / Petitioner: | | Attorneys Present for Defendant / Respondent: |
| None present | | None present |

**Proceedings:** ORDER TO SHOW CAUSE RE: JURY FEES

1. As the Court was screening several jury hardship excuses on the first day of trial, the case settled. Hooray for the parties.

2. But the Court was stuck with a bill of $1,634. That's the cost incurred in attendance fees and mileage paid to members of the 24-person venire for coming in today.

3. Local Rule of Court 40-3 states that the Court may order counsel or the parties "reasonable charges reflecting the costs of compensating jurors for their unnecessary appearance" for jury duty. Conventional wisdom around the courthouse suggests that many judges of our Court assess these fees when there's an eve-of-trial settlement like today.

4. There are probably reasons why assessing costs on the parties is not appropriate here. The Court is well aware of how hard the lawyers in these actions have worked recently. We were in trial most of last week, and there may not have been an opportunity to negotiate. Also, the Court took up several evidentiary issues (again, many related to last week's trial) in the hour before we started bringing in the jurors. And, who wants to discourage lawyers from settling cases and avoiding trials?

5. But the fact remains that the Court forced two dozen people to come downtown for jury service. Taxpayers are not supposed to bear that cost unnecessarily. That's particularly true in the circumstances of these cases which the lawyers convincingly told me months ago <u>could not be settled without going to trial</u>.

6. So the parties and their lawyers are ordered to show cause why each should not be required to pay half of the jury fees (I'll do the math for you: $817) attributable to the last

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-2435 MRW | Date | July 23, 2018 |
|---|---|---|---|
| Title | Jordan v. FCA | | |

minute settlement of the action. Any responsive submission (not to exceed five pages) will be due by August 6. If you don't want to fight it, pay the assessment and move on.

7. And be advised that these fees will certainly be assessed under the Local Rule as we gear up for trials 3-30 in these actions.